Submitted April 26, affirmed June 1, petition for review denied
September 14, 2017 (361 Or 886)

STATE OF OREGON,
*Plaintiff-Respondent,*

*v.*

JAMES JAY KEATING,
*Defendant-Appellant.*

Multnomah County Circuit Court
051255456; A160907

395 P3d 85

Ernest G. Lannet, Chief Defender, Criminal Appellate Section, and Laura A. Frikert, Deputy Public Defender, Office of Public Defense Services, filed the brief for appellant.

Ellen F. Rosenblum, Attorney General, Benjamin Gutman, Solicitor General, and Jacob Brown, Assistant Attorney General, filed the brief for respondent.

Before Sercombe, Presiding Judge, and DeHoog, Judge, and Haselton, Senior Judge.